**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

MAHMOUD MANSOUR
AHMED ELGENDY,

      Petitioner,

v.                                                                          Action No.   2:25cv763

TODD BLANCHE,
Acting Attorney General,[1]  et al.,

      Respondents.

## <u>FINAL ORDER</u>

On November 24, 2025, while a detainee of United States Immigration and Customs Enforcement ("ICE"), petitioner Mahmoud Mansour Ahmed Elgendy ("Elgendy") filed a petition pursuant to 28 U.S.C. § 2241 seeking release from immigration detention.   ECF No. 1.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.   The Magistrate Judge's Report and Recommendation filed March 9, 2026, ECF No. 21, recommends that the petition for a writ of habeas corpus, ECF No. 1, be granted and Elgendy be released from custody.   Respondents were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, ECF No. 21, at 8–9, and no objections have been filed.

---

[1]  Todd Blanche assumed the role of Acting Attorney General on April 2, 2026.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus, ECF No. 1, is **GRANTED**.   It is further **ORDERED** that Elgendy is to be released from detention by close of business on April 15, 2026, pursuant to 8 U.S.C. § 1231(a)(3) and respondents are **DIRECTED** to file a notice with the Court confirming Elgendy's release.

Arenda L. Wright Allen
_____
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
April 14, 2026

2